Bedford Moose Lodge No. 480 Loyal Order of
Moose Liquor License Case.

718

Argued September 14, 1964. *Lawrence L. Davis*, Special Assistant Attorney General, with him *Thomas J. Shannon*, Assistant Attorney General, and *Walter E. Alessandroni*, Attorney General, for Pennsylvania Liquor Control Board, appellant; *Don C. Reiley*, for appellee.

Order affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.